# Third District Court of Appeal

## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1307
Lower Tribunal No. 19-35052
_____

## Transway Airfreight Cargo, Inc.,
Appellant,

vs.

## Mohammed Biltagi,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Blaxberg, Grayson, Kukoff & Forteza, P.A., Moises T. Grayson and Lissette Garcia, for appellant.

Blanck & Cooper, P.A., and Jonathan S. Cooper, for appellee.

Before LINDSEY, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. Flatirons Bank v. Alan W. Steinberg Ltd. P'ship, 233 So. 3d 1207, 1212 (Fla. 3d DCA 2017) ("We affirm because the trial court's findings are supported by competent, substantial evidence."); Star Fruit Co. v. Eagle Lake Growers, 33 So. 2d 858, 860 (Fla. 1948) ("The gist of a conversion has been declared to be not the acquisition of the property of the wrongdoer, but the wrongful deprivation of a person of property to the possession of which he is entitled. A conversion consists of an act in derogation of the plaintiff's possessory rights, and any wrongful exercise or assumption of authority over another's goods, depriving him of the possession, permanently or for an indefinite time, is a conversion."); Senfeld v. Bank of Nova Scotia Tr. Co. (Cayman) Ltd., 450 So. 2d 1157, 1161 (Fla. 3d DCA 1984) ("Where a person having a right to possession of property makes demand for its return and the property is not relinquished, a conversion has occurred. But while a demand and refusal constitute evidence that a conversion has occurred, it is unnecessary to prove a demand and refusal where the conversion can be otherwise shown.").